JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RICARDO M. SOMOZA,<br><br>            Plaintiff,<br><br>        v.<br><br>CENTRAL JUVENILE HALL,<br><br>            Defendant. | No. 2:22-cv-08538-SPG-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: _August 21, 2024_

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE